UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

05    10149    WGY

JUNIA DUPIM RUSIN,
    Petitioner/Plaintiff

v.

JOHN ASHCROFT, Attorney General;
U.S. DEPARTMENT OF HOMELAND SECURITY;
U.S. CITIZENSHIP AND IMMIGRATION
SERVICES;
    Respondents/Defendants

RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED ___ N/A
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE _____

MAGISTRATE JUDGE _____

## PLANTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS

This action is brought by the Petitioner, Junia Dupim Rusin, against the Defendants to compel action on a request for a waiver and application to adjust status properly filed by the Plaintiff. The application was filed and remains within the jurisdiction of the Defendants, who have improperly withheld action on said application to Plaintiff's detriment.

### PARTIES

1.    The Petitioner/Plaintiff, **Junia Dupim Rusin** is a 27 year old native and citizen of Brazil. She last entered the United States on September 14, 1996. Petitioner/Plaintiff resides at 157 Pleasant Street, Apartment 507, Malden, Massachusetts with her U.S. Citizen husband.

2.    The Respondent/Defendant, **John Ashcroft**, is being sued in his official capacity as the Attorney General of the United States. In this capacity, he is responsible for the administration of the immigration laws, pursuant to 8 U.S.C., section 1103, and he possesses extensive discretionary powers to grant certain relief to aliens. More specifically, the Attorney General is responsible for the adjudication of applications to adjust status pursuant to section 245 of the

Immigration and Nationality Act ("INA"), 8 U.S.C. section 1426. The U.S. Citizenship and Immigration Services is an agency within the Department of Justice to whom the Attorney General's authority has in part been delegated, and is subject to the Attorney General's supervision.

3.      The Respondents/Defendants, **Department of Homeland Security and the U.S. Citizenship and Immigration Services** are the agencies responsible for enforcing the Immigration and Nationality Act ("INA") and for adjudication the applications filed by the Petitioner. The Department of Homeland Security will be referred to hereinafter as the "DHS" and the U.S. Citizenship and Immigration Services will be referred to as the "CIS."

## JURISDICTION

4.      Jurisdiction in this case is proper under 28 U.S.C. sections 1331 and 1361, 5 U.S.C. section 701 et seq., and 28 U.S.C. section 2201 et seq. Relief is requested pursuant to said statutes.

## VENUE

5.      Venue is proper in this court, pursuant to 28 U.S.C. section 1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant resides and where a substantial part of the events or omissions giving rise to the Plaintiff's claim occurred. More specifically, the Plaintiff's waiver of excludability and application to adjust status were properly filed and, to the Plaintiff's knowledge, remain pending with the Boston, Massachusetts office of the CIS.

## EXHAUSTION OF REMEDIES

6.      The Plaintiff has exhausted her administrative remedies. The Plaintiff and her husband attended an interview regarding her application to adjust status in May, 2001. On December 16,

2

2002, the Plaintiff filed a Form I-601, waiver of excludability. To date, the Plaintiff has not received a decision or response from the CIS on either application.

## CAUSE OF ACTION

7.    The Plaintiff last entered the United States on September 14, 1996 as a visitor. On January 23, 2001, the Plaintiff married Kevin Rusin, a United States Citizen. Subsequent to their marriage, the Plaintiff's husband filed an I-130 visa petition together with the Plaintiff's application to adjust status and paid the required filing fees for the applications. On May 9, 2001, the Plaintiff and her husband attended an interview regarding the visa petition and application to adjust status at the Boston CIS office. On information and belief, the CIS officer approved the visa petition, but did not make a decision on the application to adjust status.

8.    On October 24, 2002, the CIS sent the Plaintiff a Form I-72 requesting that she provide an Application for Waiver of Ground of Excludability and a statement from her U.S. Citizen spouse. (A copy of the Form I-72 is attached hereto as Exhibit A). The CIS requested the waiver based on the Plaintiff's conviction in New York for prostitution. However, the CIS waited over one year from the date of the interview to send the request for the waiver.

9.    On December 16, 2002, through newly retained counsel, the Plaintiff filed a Form I-601 Application for Waiver of Ground of Excludability, together with an affidavit from her U.S. Citizen spouse and other supporting documentation to show the extreme hardship her husband would suffer if her application is not allowed. (A copy of the submission is attached hereto as Exhibit B).

10.    Counsel for the Plaintiff has made inquiry with the CIS in an effort to have the CIS adjudicate the Plaintiff's application to adjust status. However, as of the date of this filing, the CIS has failed to adjudicate the Plaintiff's application to adjust status. Meanwhile, the Plaintiff

3

and her U.S. Citizen spouse have suffered extreme anxiety and have put their lives on hold due to this situation. Most notably, the Plaintiff and her husband want to buy a home and have children, but are waiting for the CIS to decide this case before proceeding with those plans. Additionally, it has been eight years since the Petitioner has returned to Brazil and her family still resides in that country. The Petitioner has missed out on numerous important family events and special occasions in Brazil. The Petitioner is hoping to visit Brazil with her husband so that she can introduce him to her family for the first time. They would like to have a party with the Petitioner's family in Brazil to celebrate their marriage and their new life together. Essentially, the Plaintiff's and her husband's entire future together has been put on hold pending the CIS's decision on the application to adjust status.

11.    The Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. section 701 et seq., are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to the Plaintiff's case. The Plaintiff is entitled to a decision on her application to adjust status and demands that the Defendants make such a decision. This action is filed to obtain a Court order requiring the Defendants to decide the Plaintiff's case.

## PRAYER

WHEREFORE the Plaintiff respectfully prays that this honorable Court enter an order:

(a)    requiring Defendants to adjudicate the Plaintiff's request for a waiver and application to adjust status;

(b)    awarding the Plaintiff all costs and reasonable attorney's fees associated with this matter; and

(c)    granting such other relief at law and in equity as justice may require.

**Respectfully submitted,**
**Junia Dupim Rusin**
**By her attorneys,**

**Anthony Drago, Esq. (BBO#552437)**
**Elizabeth A. Smith, Esq. (BBO#657228)**
**Anthony Drago, Jr., P.C.**
**35 India Street**
**Boston, MA 02110**
**(617) 357-0400**

ANTHONY DRAGO, JR., P.C.*

35 INDIA STREET
2ND FLOOR
BOSTON, MASSACHUSETTS 02110

FACSIMILE: 617-357-8353

TELEPHONE: 617-357-0400

*Also admitted in New York

December 16, 2002

*Hand delivered by D'Alzzzo 12/6/02*

*Office Kelly took case.*

**IN HAND**
U.S. INS
J.F.K. Federal Building
Government Center
Boston, MA 02203

Re:    **Form I-72 - Junia Dupim Rusin - A78-629-677**

Dear Sir/Madam:

I have been retained by Junia Dupim Rusin and her U.S. citizen husband, Kevin Rusin, to finalize their immigration case and have enclosed signed G-28's for each person. Please send all future correspondence regarding the case to my attention.

Enclosed please find form I-72 together with the following documents per your request:

1.    Form I-601 - Application for Waiver of Ground of Excludability with proof of payment of filing fee;

2.    Affidavit of Kevin Rusin - U.S. Citizen petitioner;

3.    Letter from KR Construction regarding Mrs. Rusin's employment and checks confirming payment of wages to her;

4.    Proof of rent payments by petitioner with copy of joint bank statement for the couple;

5.    Copy of the couple's 2001 Income Tax Return;

6.    Evidence of the couple's school work regarding learning English and Portuguese;

7.    Copies of miscellaneous bills and other documents confirming the couple's residence together; and

8.    Family photos.

## ANTHONY DRAGO, JR., P.C.

As you can see from the enclosed documents, Mr. Rusin and his wife have developed a strong relationship as husband and wife and Mr. Rusin will clearly suffer an extreme hardship if his wife's application to adjust status is denied. Therefore, request is made for approval of the hardship waiver and of Mrs. Rusin's application to adjust status. Please note that Mrs. Rusin's full name is Junia Dupim Rusin which should be placed on her approval notice and eventually, her alien registration card.

Should you have any questions regarding the enclosures or require additional proof of the extreme hardship, please contact me. Otherwise, kindly notify my clients and I of your decision on the case at your earliest convenience.

Thank you for your attention to this matter.

Sincerely,

Anthony Drago

```
      US DEPT OF JUSTICE
        INS BOSTON
     RETAIN THIS RECEIPT

   11:46AM      Dec 16/02
   00-0001 003    BOS-2P
   #27035

   A #          79629677
   Last Name       DUPIN
   First Name      JUNIA

   I-601        $195.00

   XTTL         $195.00
   Money Order  $195.00

     XOfficialX
     XDocumentX
```



**U.S. DEPARTMENT OF JUSTICE**

Immigration and Naturalization Service

Date: **October 24, 2002**

**Junia Dupim**
**157 Pleasant Street, #507**
**Malden, MA  02148**

NAME OF BENEFICIARY
DUPIM, Junia
FILE NO. A78 629 677

FORM NO. I-485

PLEASE COMPLY WITH THE BELOW CHECKED ☒ INSTRUCTIONS.  YOU ARE REQUIRED TO SUBMIT THE FOLLOWING INFORMATION WITHIN 12 WEEKS OR YOUR APPICATION MAY BE DENIED.

- ☐ 1. The above application/petition and its supporting documents are attached.
- ☐ 2. The above application/petition and its supporting documents have been forwarded to your attorney or representative.
- ☐ 3. Please complete the blocks on your enclosed application/petition which are checked ☐ in red.
- ☐ 4. Please follow the instructions on your enclosed application/petition which are checked ☐ in red.
- ☐ 5. Furnish the required fee of $_____.
- ☐ 6. Furnish the birth or baptismal certificate of.
- ☐ 7. Furnish the marriage certificate of _____
- ☐ 8. Furnish proof of death or legal termination of marriage of your first marriage.
- ☐ 9. A foreign document must be accompanied by a translation in English.  The translator must certify that he/she is competent to translate and that the **translation is accurate.**
- ☐ 10. Furnish the date and port of each of your entries into the United States and the name of the ship, place, or other vehicle on which you traveled.
- ☐ 11. Except for aliens with occupations listed under Schedule A, 20 Code of Federal Regulations, Part 656.10, a certification from the Secretary of Labor must be obtained before your petition or application may be resubmitted to this Service.  Further information and Department of Labor forms and instructions may be obtained from the local office of the state employment service agencies.
- ☐ 12. You have indicated that you do not intend to seek employment.  You must furnish evidence that you have sufficient funds or other means of maintaining yourself in this country.
- ☐ 13. Furnish two (2) color photographs.  These photos must have a white background, photos must be glossy, un-retouched and not mounted.  Dimension of the facial image should be about 1 inch from chin to top of hair or head shown in 3/4 frontal view of right side of face with right ear visible.  Using soft pencil or felt pen, print name (and alien registration receipt number, if known) on the back of each photograph.  You should show these instructions to the photographer who takes the pictures.
- ☐ 14. You may now apply for adjustment of status, on the attached forms, for yourself and below listed persons.
- ☐ 15. Your proof of status documents have been checked and are attached.  Your application/petition is being processed and will be completed in the near future.
- ☐ 16. You are required to submit a Medical Examination of Aliens Seeking Adjustment to Status (Form I-693) and Supplement to Form I-693 for documentation of immunizations.
- ☒ 17. You are required to submit an Application for Waiver of Ground of Excludability, Form I-601.  Include a statement by your USC spouse.  This statement must demonstrate that a denial of your admission would result in extreme hardship to your USC spouse.

Follow the instructions on the enclosed letter when you return this documentation.
Failure to provide this information by January 24, 2002 will result in a denial of your application.

cc:

Form I-72                 **PLEASE RETURN THIS LETTER AND ALL ATTACHMENTS**
**WITH YOUR RESPONSE**

U.S. Department of Justice
Immigration and Naturalization Service

N e of Entry of Appearance
as Attorney or Representative

Appearance - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: | Date | / / |
| | File No. | |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

Name: Rusin   Kevin        [X] Petitioner   [ ] Applicant
                            [ ] Beneficiary

| Address   (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
| 157 | Pleasant Street  Apt. 507 | Malden | MA | 02148 |

Name:        [ ] Petitioner   [ ] Applicant
             [ ] Beneficiary

| Address   (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |

Check applicable Item(s) below:

[X] 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia     Massachusetts     and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

[ ] 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

[ ] 3. I am associated with
the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request.   *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

[ ] 4. Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS |
| | Law Office of Anthony Drago, Jr. |
| | 35 India Street |
| | Boston          MA   02110 |
| NAME (Type or Print) | TELEPHONE NUMBER |
| Anthony Drago Esq. | 617-357-0400    617-357-8353 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*
Anthony Drago, Esq.

(Name of Attorney or Representative)

*THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting | Signature of Person Consenting | Date |
| Kevin Rusin | | 11/15/02 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09-26-00)Y

U.S. Department of Justice
Immigration and Naturalization Service

Notice of Entry of Appearance
as Attorney or Representative

Appearance - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| | |
|---|---|
| In re: | Date    / / |
| | File No.    A 78629677 |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

☐ Petitioner   ☒ Applicant
☐ Beneficiary

Name
Dupim          Junia          R

Address   (Apt. No.)   (Number & Street)          (City)          (State)          (ZIP Code)
157      Pleasant Street   Apt 507          Malden          MA          02148

☐ Petitioner   ☐ Applicant
☐ Beneficiary

Name

Address   (Apt. No.)   (Number & Street)          (City)          (State)          (ZIP Code)

Check applicable Item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
          Massachusetts                    and am not under a court or administrative agency
          Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
          the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request.   (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain fully.)

SIGNATURE

NAME (Type or Print)
Anthony Drago Esq.

COMPLETE ADDRESS
Law Office of Anthony Drago, Jr.
35 India Street
Boston          MA   02110
TELEPHONE NUMBER
617-357-0400          617-357-8353

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:
          Anthony Drago, Esq.

(Name of Attorney or Representative)

THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:

| Name of Person Consenting | Signature of Person Consenting | Date |
|---|---|---|
| Junia Dupim | Junia Dupim Rusin | 11/15/02 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.          Form G-28 (09-26-00)Y

OMB No. 1115-0048

U.S. Department of Justice
Immigration and Naturalization Service

**Application for Waiver of
Ground of Excludability**

## DO NOT WRITE IN THIS BLOCK

| ☐ 212 (a) (1) | ☐ 212 (a) (10) | Fee Stamp |
| ☐ 212 (a) (3) | ☐ 212 (a) (12) | |
| ☐ 212 (a) (6) | ☐ 212 (a) (19) | |
| ☐ 212 (a) (9) | ☐ 212 (a) (23) | |

**A. Information about applicant**

1. Family Name(Surname in CAPS)    (First)    (Middle)
Dupim             Junia        Rocha

2. Address (Number and Street)    (Apartment Number)
157    Pleasant Street         507

3. (Town or City)    (State/Country)    (Zip/Postal Code)
Malden        MA            02148

4. Date of Birth *(Month/Day/Year)*    5. INS File Number
01/21/1977            A-78-629-677

6. City of Birth        7. Country of Birth
Pecanha   M.G.          Brazil

8. Date of Visa Application    9. Visa Applied for at:
2/26/2001      Boston, MA

10. Applicant was declared inadmissible to the United States for the
following reasons: (List acts, convictions, or physical or mental conditions.
If applicant has active or suspected tuberculosis, page 2 of this form must
be fully completed.)

Applicant was convicted of prostitution in the New York Supreme

Court, Westchester County in August, 2001.

11. Applicant was previously in the United States, as follows:

| City & State | From(Date) | To(Date) | INS Status |
|---|---|---|---|
| New York, NY | 9/14/96 | | Tourist |

12. Applicant's Social Security Number (if any)

**B. Information about relative, through whom applicant claims
eligibility for a waiver**

1. Family Name(Surname in CAPS)    (First)    (Middle)
Rusin             Kevin

2. Address (Number and Street)    (Apartment Number)
157 Pleasant Street         507

3. (Town or City)    (State/Country)    (Zip/Postal Code)
Malden        MA            02148

4. Relationship to applicant    5. INS Status
Husband            USA

**C. Information about applicant's other relatives in the U.S.**
*(List only U.S. citizens and permanent residents)*

1. Family Name(Surname in CAPS)    (First)    (Middle)
Fitzgerald          Brooke        E.

2. Address (Number and Street)    (Apartment Number)
26 Reynolds Street

3. (Town or City)    (State/Country)    (Zip/Postal Code)
Easton        MA

4. Relationship to applicant    5. INS Status
Stepdaughter          USC

1. Family Name(Surname in CAPS)    (First)    (Middle)

2. Address (Number and Street)    (Apartment Number)

3. (Town or City)    (State/Country)    (Zip/Postal Code)

4. Relationship to applicant    5. INS Status

1. Family Name(Surname in CAPS)    (First)    (Middle)

2. Address (Number and Street)    (Apartment Number)

3. (Town or City)    (State/Country)    (Zip/Postal Code)

4. Relationship to applicant    5. INS Status

Signature (of applicant or petitioning relative)        Date
                                11/15/02

Relationship to applicant
Husband

Signature (of person preparing application, if not the applicant or petitioning
relative) I declare that this document was prepared by me at the request of
the applicant, or petitioning relative, and is based on all information of which I
have any knowledge.

Signature

Address        Date
35 India Street, Boston  MA 02110        12/12/02

| FOR INS USE ONLY. DO NOT WRITE IN THIS AREA. | Initial receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|---|
| | | | Received | Sent | Approved | Denied | Returned |

Form I-601 (Rev. 01/16/02)Y

## AFFIDAVIT OF KEVIN RUSIN

I, Kevin Rusin, on oath do hereby depose and say:

1.    I am a United States citizen. I was born on March 17, 1967 in Fall River, Massachusetts. My Social Security Number is 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 and I currently reside at 157 Pleasant Street - Apt. 507, Malden, Massachusetts with my wife, Junia Dupim Rusin. I make this Affidavit in support of the Application for Waiver of Ground of Excludability which my wife and I need to file so she can obtain her residence.

2.    I first met my wife at a restaurant in Brighton, Massachusetts in November, 2000. Junia and I started to speak that night and got along very well so we exchanged numbers. Junia was having a birthday party a few weeks later and she invited me to the party. Prior to the party we went on a date and had a very good time so I went to the party and got to know Junia better. After the party we stared to date on a regular basis and fell in love very quickly.

3.    I have a child with another woman and my daughter stays with me on a regular basis. When my daughter met Junia they got along very well and I could see that my daughter liked Junia and that Junia was very good with her. Junia and I continued to date on a regular basis and our relationship was getting serious since we were in love and I was very happy to be with her and also liked that fact that my daughter and her get along so well.

4.    After a few months of dating I decided I wanted to spend the rest of my life with Junia and asked her to marry me. Junia was very happy that I had proposed because she was in love with me and we were both very happy about getting married. I proposed to Junia at Christmas and we got married on January 23, 2001 in Malden. We had a small ceremony at the City Hall and have been living together since our wedding. I love my wife very much and want her to be with me in the United States for the rest of our lives.

5.    After Junia and I were married we filed her immigration papers and went to an interview together without an attorney in May, 2001. Prior to the interview I knew about Junia's conviction in New York for prostitution. I knew that Junia was a dancer at a club in New York and was not concerned about the situation because she told me everything that had happened to her and that she was only a dancer at the club. She did admit that she had plead guilty to a prostitution charge because her attorney in New York, who represented all the girls who worked at the dance club, informed her it was the best thing to do in order to move on with her life. However, I had no idea that my wife needed a wavier for the conviction and that we would have to go through so much for her to obtain her residence. I do know that the waiver is required now and can tell you that if my wife does not obtain her residence I will suffer an extreme hardship.

6.    I own a construction business and have several people working for me. My wife also works at the business and helps me with secretarial work. I have grown to rely on Junia to help me run my business and would have financial problems if she were not allowed to stay in the United States. More importantly, my daughter, who is 10 years old has grown to love Junia and

would be devastated if Junia were not living with me when she comes to visit. I would have a very hard time explaining the situation to my daughter and get very depressed and anxious when I think about my life without Junia.

7.    I rely on my wife for emotional support and have been very happy that we met each other and that I was so lucky to fall in love with someone who loves me and wants to be with me. I am also very happy that Junia is so good to my daughter. Junia and I have been saving money and want to buy a home in the near future and hope to have children of our own soon. Junia and I are doing everything we can to build a future and we need to be in the United States as a family.

8.    I understand that my wife needs the waiver to obtain her residence and have thought about the situation very much. I simply can't imagine my life without my wife being in the United States with me and have a hard time imagining how things would be for me if she did not get her residence. We have retained an immigration lawyer to help us with this situation, but can tell you that I will definitely suffer an extreme hardship in many ways if my wife's case is not approved. I hope you will understand how important this is to me and that the waiver we are filing will be approved.

Signed this 6th day of December, 2002 under the pains and penalties of perjury.

Kevin Rusin

# K.R. Construction
## 157 Pleasant Street
## Malden, MA 02148
## (617) 828-4507

December 4, 2002

To Whom It May Concern:

This letter will confirm that Junia Rusin works for K.R. Construction as a secretary. Her salary is $500.00 per week and Junia performs critical work for my company.

Should you have any questions about K.R. Construction or Junia Rusin, please contact me directly.

Sincerely,

Kevin Rusin, Owner





**1922**

K. R. CONSTRUCTION
GENERAL CONTRACTOR
52 FLORENCE ST.
WOLLASTON, MA  02170
PH. 617-828-4507

5-13/110

DATE SEPT. 24, 2002

PAY TO THE
ORDER OF  Junia D. Rusin                                    $ 400.00

Four Hundred ———————                          DOLLARS

Fleet
Small Business Services
smallbiz.fleet.com   Quincy, MA

FOR Pay Roll                                      Kevin Rusin

⑈0019 22⑈ ⑊0110 00138⑊ 00512 85850⑈        ⑈00000 40000⑈



**1935**

K. R. CONSTRUCTION
GENERAL CONTRACTOR
52 FLORENCE ST.
WOLLASTON, MA  02170
PH. 617-828-4507

5-13/110

DATE OCTOBER 25, 2002

PAY TO THE
ORDER OF  Junia Rusin                                      $ 500.00

Five Hundred ———————                          DOLLARS

Fleet
Small Business Services
smallbiz.fleet.com   Quincy, MA

FOR Pay Roll                                      Kevin Rusin

⑈001935⑈ ⑊0110 00138⑊ 00512 85850⑈        ⑈00000 50000

KEVIN RUSIN
52 FLORENCE STREET, APT. 1
WOLLASTON, MA  02170

5-39/110                1492

DATE October 1, 2002

PAY TO THE ORDER OF  157 Pleasant Realty Trust        $ 1,225.00

One Thousand Two Hundred Twenty Five        DOLLARS

BankBoston.

BankBoston, N.A. – Boston, Massachusetts

MEMO  Rent # 507                Kevin Rusin

⑈011000390⑈ 740 34853⑈ 1492        ⑈000012250 0⑈



KEVIN RUSIN
52 FLORENCE STREET, APT. 1
WOLLASTON, MA  02170

5-39/110                1489

DATE September 1, 200

PAY TO THE ORDER OF  157 Pleasant Realty Trust        $ 1,225.00

One Thousand Two Hundred Twenty Five        DOLLARS

BankBoston.

BankBoston, N.A. – Boston, Massachusetts

MEMO  Rent # 507                Kevin Rusin

⑈011000390⑈ 740 34853⑈ 1489        ⑈000012250 0⑈

1480

**KEVIN RUSIN**
52 FLORENCE STREET, APT. 1
WOLLASTON, MA 02170

DATE MAY 1, 2002

PAY TO THE ORDER OF: 157 PLEASANT REALTY TRUST $ 1225.50

One Thousand Two Hundred Twenty-Five DOLLARS

**BankBoston.**
BankBoston, N.A. — Boston, Massachusetts

Kevin Rusin

MEMO # 507 RENT

⑈011000390⑈ 740 34853⑈ 1480 ⑈0000122500⑈

---

1475

**KEVIN RUSIN**
52 FLORENCE STREET, APT. 1
WOLLASTON, MA 02170

5-39/110

DATE APRIL 1, 2002

PAY TO THE ORDER OF: 157 PLEASANT REALTY TRUST $ 1225.00

One Thousand Two Hundred Twenty Five +no/xx DOLLARS

**BankBoston.**
BankBoston, N.A. — Boston, Massachusetts

Kevin Rusin

MEMO Rent

⑈011000390⑈ 740 34853⑈ 1475 ⑈0000122500⑈

---

1482

**KEVIN RUSIN**
52 FLORENCE STREET, APT. 1
WOLLASTON, MA 02170

5-39/110

DATE JUNE 1, 2002

PAY TO THE ORDER OF: 157 PLEASANT REALTY TRUST $ 1225.00

One Thousand Two Hundred Twenty-Five DOLLARS

**BankBoston.**
BankBoston, N.A. — Boston, Massachusetts

Kevin Rusin

MEMO RENT 507

⑈011000390⑈ 740 34853⑈ 1482 ⑈0000122500⑈

---

1487

**KEVIN RUSIN**
52 FLORENCE STREET, APT. 1
WOLLASTON, MA 02170

5-39/110

DATE AUGUST 1, 2002

PAY TO THE ORDER OF: 157 PLEASANT REALTY TRUST $ 1,225.00

One Thousand Two Hundred Twenty Five DOLLARS

**BankBoston.**
BankBoston, N.A. — Boston, Massachusetts

Kevin Rusin

MEMO RENT # 507

⑈011000390⑈ 740 34853⑈ 1487 ⑈0000122500⑈








**Fleet**

## FleetOne Gold Statement
8/29/2002 through 9/27/2002
Page    5 of   14
Telephone Banking 1-800-841-4000

Account continued from previous page

### Personal Regular Checking

Juria D Rusin Or
Kevin Rusin

Account Number 9455737157
Telephone Banking Access Code 7313

| Check # | Posting Date | Amount | | Check # | Posting Date | Amount | | Check # | Posting Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 181 | 08/29 | 83.52 | | 188 | 09/11 | 32.20 | | 195 | 09/26 | 50.09 |
| 182 | 08/30 | 25.11 | | 189 | 09/09 | 20.00 | | 196 | 09/26 | 24.99 |
| 183 | 09/04 | 40.00 | | 190 | 09/12 | 102.05 | | 197 | 09/27 | 50.00 |
| 184 | 09/05 | 40.00 | | 191 | 09/12 | 6.21 | | 198 | 09/26 | 8.93 |
| 185 | 09/03 | 686.32 | | 192 | 09/13 | 500.00 | | | 18 Checks For $1,753.57 | |
| 186 | 09/04 | 45.00 | | 193 | 09/16 | 11.55 | | | | |
| 187 | 09/04 | 20.10 | | 194 | 09/20 | 8.50 | | | | |

## Account Activity

| Date | Description | +/- | Credit/Debit | Balance |
|---|---|---|---|---|
| | | | | $710.34 |
| 8/29 | Opening Balance | - | $12.52 | $697.82 |
| 8/29 | POS Purchase Sssc Malden        MA | - | $83.52 | $614.30 |
| 8/29 | Check Paid # 181 | - | $25.11 | $589.19 |
| 8/30 | Check Paid # 182 | - | $197.00 | $696.19 |
| 9/03 | Deposit | + | $1,200.00 | $1,896.19 |
| 9/03 | Deposit | + | $40.00 | $1,856.19 |
| 9/03 | ATM Withdrawal 48 Pleasant St Malden     MA  90731 | - | $132.78 | $1,723.41 |
| 9/03 | POS Purchase Sssc Malden        MA | - | $685.32 | $1,038.09 |
| 9/03 | Check Paid # 185 | - | $120.00 | $918.09 |
| 9/04 | ATM Withdrawal 60 Union Square Somerville   MA  91066 | - | $28.81 | $889.28 |
| 9/04 | POS Purchase Sssc Malden        MA | - | $45.00 | $844.28 |
| 9/04 | Check Paid # 186 | - | $40.00 | $804.28 |
| 9/04 | Check Paid # 183 | - | $20.10 | $784.18 |
| 9/04 | Check Paid # 187 | - | $100.00 | $884.18 |
| 9/05 | Deposit | + | $52.62 | $831.56 |
| 9/05 | POS Purchase Sssc Malden        MA | - | $40.00 | $791.56 |
| 9/05 | Check Paid # 184 | - | $20.00 | $771.56 |
| 9/06 | ATM Withdrawal 48 Pleasant St Malden     MA  90731 | - | $20.00 | $751.56 |
| 9/09 | Check Paid # 189 | - | $80.38 | $671.18 |
| 9/10 | POS Purchase Sssc Malden        MA | - | $32.20 | $638.98 |
| 9/11 | Check Paid # 188 | - | $102.05 | $536.93 |
| 9/12 | Check Paid # 190 | - | $6.21 | $530.72 |
| 9/12 | Check Paid # 191 | - | $500.00 | $30.72 |
| 9/13 | Check Paid # 192 | | | |

continues

028499713
4 - 8

 Fleet

**FleetOne Gold Statement**
9/28/2002 through 10/29/2002
Page    4 of    12
Telephone Banking 1-800-841-4000

Account continued from previous page

## Personal Cash Reserve

Kevin Rusin

Account Number 0074034853
Telephone Banking Access Code 4655



### Account Activity

| Date | Description | +/- | Credit/Debit | Balance |
|------|-------------|-----|-------------|---------|
| | | + | **$1,234.70** | $1,234.70 |
| 10/08 | Credit Line Transfer To DDA | + | $125.00 | $1,359.70 |
| 10/11 | Credit Line Transfer To DDA | + | $78.54 | $1,438.24 |
| 10/17 | Credit Line Transfer To DDA | + | $125.00 | $1,563.24 |
| 10/18 | Credit Line Transfer To DDA | + | $40.00 | $1,603.24 |
| 10/21 | Credit Line Transfer To DDA | + | $40.00 | $1,643.24 |
| 10/22 | Credit Line Transfer To DDA | + | $60.00 | $1,703.24 |
| 10/23 | Credit Line Transfer To DDA | + | $125.00 | $1,828.24 |
| 10/25 | Credit Line Transfer To DDA | + | $50.00 | $1,878.24 |
| 10/29 | Credit Line Transfer To DDA | + | $16.69 | $1,894.93 |
| 10/29 | Cash Reserve Finance Charge | | | $1,894.93 |
| 10/29 | Ending Balance | | | |

### Finance Charge Calculation

| | |
|---|---|
| **ANNUAL PERCENTAGE RATE** | **18.000 %** |
| Daily Periodic Rate | .04931 % |
| Number of days in Period | 23 |
| Average Daily Balance | $1,471.06 |
| **FINANCE CHARGE** | **$21.99** |

## Personal Regular Checking

Junia D. Rusin Or
Kevin Rusin

Account Number 9455737157
Telephone Banking Access Code 7313

| Opening Balance | (+)Deposits/Credits | (-)Withdrawals/Debits | Ending Balance |
|-----------------|---------------------|----------------------|----------------|
| $302.02 | $1,000.00 | $1,156.64 | $145.38 |

### Checks

| Check # | Posting Date | Amount | Check # | Posting Date | Amount | Check # | Posting Date | Amount |
|---------|-------------|--------|---------|-------------|--------|---------|-------------|--------|
| 199 | 09/30 | 50.00 | 203 | 10/15 | 35.00 | 207 | 10/28 | 115.98 |
| 200 | 10/18 | 12.05 | 204 | 10/15 | 25.00 | 209* | 10/28 | 129.49 |
| 201 | 10/11 | 14.54 | 205 | 10/23 | 8.40 | 210 | 10/28 | 63.40 |
| 202 | 10/15 | 18.80 | 206 | 10/29 | 52.75 | 11 Checks For $524.51 | | |

*Skip in sequential check numbers

028499713


**Fleet**

## FleetOne Gold Statement
10/30/2002 through 11/27/2002
Page    5 of 10
Telephone Banking 1-800-841-4000

Account continued from previous page

## Personal Regular Checking

Account Number 9455737157
Telephone Banking Access Code 7313

Junia D Rusin Or
Kevin Rusin

## Account Activity

| Date | Description | +/- | Credit/Debit | Balance |
|------|-------------|-----|--------------|---------|
| 11/06 | Check Paid # 214 | - | $20.00 | $231.55 |
| 11/07 | ATM Withdrawal | - | $40.00 | $191.55 |
| | 46 Pleasant Street Malden      MA  90729 | | | |
| 11/07 | Check Paid # 216 | - | $24.99 | $166.56 |
| 11/08 | Deposit | + | $252.00 | $418.56 |
| 11/08 | Check Paid # 215 | - | $25.00 | $391.56 |
| 11/12 | Debit Card Purchase | - | $23.14 | $368.42 |
| | Cns Cvs Pharmacy IN932 Malden        MA | | | |
| 11/12 | Debit Card Purchase | - | $38.39 | $330.03 |
| | Sssc Malden      MA | | | |
| 11/12 | Debit Card Purchase | - | $56.76 | $273.27 |
| | Sssc Malden      MA | | | |
| 11/12 | Check Paid # 218 | - | $56.74 | $216.53 |
| 11/12 | Check Paid # 220 | - | $55.00 | $161.53 |
| 11/13 | Check Paid # 219 | - | $8.00 | $153.53 |
| 11/14 | Deposit | + | $100.00 | $253.53 |
| 11/14 | Check Paid # 217 | - | $80.00 | $173.53 |
| 11/15 | Deposit | + | $1,499.00 | $1,672.53 |
| 11/15 | Check Paid # 221 | - | $32.70 | $1,639.83 |
| 11/18 | Debit Card Purchase | - | $91.32 | $1,542.51 |
| | Sssc Malden      MA | | | |
| 11/18 | Check Paid # 222 | - | $1,000.00 | $542.51 |
| 11/19 | Debit Card Purchase | - | $11.00 | $531.51 |
| | Brazlegal Somerville      MA | | | |
| 11/19 | Debit Card Purchase | - | $28.99 | $502.52 |
| | Sssc Malden      MA | | | |
| 11/20 | Checkbook Or Account Supplies | - | $24.50 | $478.02 |
| | 021115 Junia Rusin | | | |
| | 020023246266272        Ppd | | | |
| 11/20 | Check Paid # 224 | - | $10.35 | $467.67 |
| 11/21 | Debit Card Purchase | - | $24.16 | $443.51 |
| | Sssc Malden      MA | | | |
| 11/21 | Debit Card Purchase | - | $59.10 | $384.41 |
| | Cns Cvs Pharmacy IN930 Malden        MA | | | |
| 11/22 | Debit Card Purchase | - | $22.00 | $362.41 |
| | Oasis Restaurant Medford      MA | | | |
| 11/22 | Check Paid # 225 | - | $26.00 | $337.41 |
| 11/22 | Check Paid # 223 | - | $51.50 | $285.91 |
| 11/25 | ATM Withdrawal | - | $40.00 | $245.91 |
| | 157 Centre Street Malden      MA  91434 | | | |
| 11/25 | POS Purchase | - | $37.53 | $208.38 |
| | Sssc Malden      MA | | | |
| 11/25 | Check Paid # 228 | - | $100.00 | $108.38 |

11/25
continues

CLIENT'S COPY

Department of the Treasury—Internal Revenue Service

# Form 1040  U.S. Individual Income Tax Return  2001  (99)

IRS Use Only—Do not write or staple in this space.

For the year Jan. 1 Dec. 31, 2001, or other tax year beginning , 2001, ending , 20

OMB No. 1545-0074

**Label** (See instructions on page 19.)

Use the IRS label. Otherwise, please print or type.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Kevin | Rusin | 020 60 4655 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Junia Dupim | Rusin | 022 84 9272 |

Home address (number and street). If you have a P.O. box, see page 19.   Apt. no.
157 Pleasant Street Apt #507

City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.
Malden, MA  02148

▲ **Important!** ▲
You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 19.)

Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund?

|  | You |  | Spouse |
|---|---|---|---|
|  | ☐ Yes ☒ No | | ☐ Yes ☒ No |

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ). (See page 19.)

**Exemptions**

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a
b ☒ Spouse
c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 20) |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

If more than six dependents, see page 20.

No. of boxes checked on 6a and 6b  **2**
No. of your children on 6c who:
• lived with you  **0**
• did not live with you due to divorce or separation (see page 20)  **0**
Dependents on 6c not entered above  **0**
Add numbers entered on lines above ▶  **2**

d Total number of exemptions claimed  **7**

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 |
| 8a | Taxable interest. Attach Schedule B if required | 8a |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | 10 |
| 11 | Alimony received | 11 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 28,572 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 |
| 15a | Total IRA distributions . 15a | b Taxable amount (see page 23) | 15b |
| 16a | Total pensions and annuities 16a | b Taxable amount (see page 23) | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |
| 18 | Farm income or (loss). Attach Schedule F | 18 |
| 19 | Unemployment compensation | 19 |
| 20a | Social security benefits . 20a | b Taxable amount (see page 25) | 20b |
| 21 | Other income. List type and amount (see page 27) | 21 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 28,572 |

**Adjusted Gross Income**

CLIENT'S COPY

| | | |
|---|---|---|
| 23 | IRA deduction (see page 27) | 23 |
| 24 | Student loan interest deduction (see page 28) | 24 |
| 25 | Archer MSA deduction. Attach Form 8853 | 25 |
| 26 | Moving expenses. Attach Form 3903 | 26 |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 2,019 |
| 28 | Self-employed health insurance deduction (see page 30) | 28 |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 29 |
| 30 | Penalty on early withdrawal of savings | 30 |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a |
| 32 | Add lines 23 through 31a | 32 | 2,019 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 33 | 26,553 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 72.   Cat. No. 11320B   Form **1040** (2001)

Form 1040 (2001)   Kevin and Junia Dupin    usin    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    Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) . . . . . . . | 34 | 26,553 |
| | 35a | Check if: ☐ **You** were 65 or older, ☒ **Blind;** ☐ **Spouse** was 65 or older, ☐ **Blind.** | | |
| | | Add the number of boxes checked above and enter the total here ► 35a | 1 | |
| **Standard Deduction for—** | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here . . . . . ► 35b ☐ | | |
| • People who checked any box on line 35a or 35b or who can be claimed as a dependent, see page 31. | 36 | Itemized deductions (from Schedule A) **or** your **standard deduction** (see left margin) . | 36 | 8,500 |
| | 37 | Subtract line 36 from line 34 . . . . . . . . . . . | 37 | 18,053 |
| | 38 | If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet on page 32 . . . | 38 | 5,800 |
| • All others: | 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- . | 39 | 12,253 |
| Single, $4,550 | 40 | Tax (see page 33). Check if any tax is from **a** ☐ Form(s) 8814 **b** ☐ Form 4972 . . | 40 | 1,841 |
| Head of household, $6,650 | 41 | Alternative minimum tax (see page 34). Attach Form 6251 . . . . . . | 41 | |
| | 42 | Add lines 40 and 41 . . . . . . . . . . . . . ► | 42 | 1,841 |
| Married filing jointly or Qualifying widow(er), $7,600 | 43 | Foreign tax credit. Attach Form 1116 if required . . . . | 43 | | |
| | 44 | Credit for child and dependent care expenses. Attach Form 2441 | 44 | | |
| | 45 | Credit for the elderly or the disabled. Attach Schedule R . . | 45 | | |
| | 46 | Education credits. Attach Form 8863 . . . . . . . | 46 | | |
| Married filing separately, $3,800 | 47 | Rate reduction credit. See the worksheet on page 36 . . . | 47 | | |
| | 48 | Child tax credit (see page 37) . . . . . . . . | 48 | | |
| | 49 | Adoption credit. Attach Form 8839 . . . . . . . | 49 | | |
| | 50 | Other credits from: **a** ☐ Form 3800   **b** ☐ Form 8396 **c** ☐ Form 8801   **d** ☐ Form (specify) _____ | 50 | | |
| | 51 | Add lines 43 through 50. These are your **total credits** . . . . . . . . | 51 | 0 |
| | 52 | Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- . . . . ► | 52 | 1,841 |
| **Other Taxes** | 53 | Self-employment tax. Attach Schedule SE . . . . . . | 53 | 4,037 |
| | 54 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 54 | |
| | 55 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required . | 55 | |
| | 56 | Advance earned income credit payments from Form(s) W-2 . . . . | 56 | |
| | 57 | Household employment taxes. Attach Schedule H . . . . . | 57 | |
| | 58 | Add lines 52 through 57. This is your **total tax** . . . . . . . ► | 58 | 5,878 |
| **Payments** | 59 | Federal income tax withheld from Forms W-2 and 1099 . . | 59 | | |
| | 60 | 2001 estimated tax payments and amount applied from 2000 return | 60 | | |
| **If you have a qualifying child, attach Schedule EIC.** | 61a | Earned income credit (EIC) . . . . . | 61a | | |
| | b | Nontaxable earned income . . . 61b | | |
| | 62 | Excess social security and RRTA tax withheld (see page 51) . | 62 | | |
| | 63 | Additional child tax credit. Attach Form 8812 . . . . | 63 | | |
| | 64 | Amount paid with request for extension to file (see page 51) . | 64 | | |
| | 65 | Other payments. Check if from **a** ☐ Form 2439 **b** ☐ Form 4136 | 65 | | |
| | 66 | Add lines 59, 60, 61a, and 62 through 65. These are your **total payments** . . . ► | 66 | |
| **Refund** | 67 | If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you **overpaid** | 67 | |
| **Direct deposit? See page 51 and fill in 68b, 68c, and 68d.** | 68a | Amount of line 67 you want **refunded to you** . . . . . . . . ► | 68a | |
| | b | Routing number | ► c Type: ☐ Checking ☐ Savings | |
| | d | Account number | | |
| | 69 | Amount of line 67 you want applied to your 2002 estimated tax ► | 69 | | |
| **Amount You Owe** | 70 | **Amount you owe.** Subtract line 66 from line 58. For details on how to pay, see page 52 ► | 70 | 5,878 |
| | 71 | Estimated tax penalty. Also include on line 70 . . . | 71 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 53)? ☐ **Yes.** Complete the following. ☐ **No** | | |
| | Designee's name ► | Phone no. ► (   ) | Personal identification number (PIN) ► | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 19.
Keep a copy for your records.

| Your signature | Date 4/15/02 | Your occupation Contractor | Daytime phone number (   ) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date 4-15-02 | Spouse's occupation At Home | |

**Paid Preparer's Use Only**

| Preparer's signature | Date 04/13/2002 | Check if self-employed ☒ | Preparer's SSN or PTIN 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 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | Richard J Gianelly & Co 6 Pleasant Street, Malden, Ma 02148 | EIN 04:2758938 | Phone no. ( 781 ) 321-7311 |

Form **1040** (2001)

Schedule C (Form 1040) 2001    Kevin and Junia Dupim Rusin    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    Page 2

## Part III    Cost of Goods Sold (see page C-6)

| | | | | |
|---|---|---|---|---|
| 33 | Method(s) used to value closing inventory: | **a** ☐ Cost | **b** ☐ Lower of cost or market | **c** ☐ Other (attach explanation) |

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

| | | |
|---|---|--:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . | 55,448 |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . | 20,499 |
| 38 | Materials and supplies . . . . . . . . . . . . . . . | |
| 39 | Other costs . . . . . . . . . . . . . . . . . | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . | 75,947 |
| 41 | Inventory at end of year . . . . . . . . . . . . . | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . | 75,947 |

## Part IV    Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-3 to find out if you must file.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ ..12../..05../..2000

44  Of the total number of miles you drove your vehicle during 2001, enter the number of miles you used your vehicle for:

**a** Business ............16,210............  **b** Commuting ............3,265............  **c** Other ...............................

45  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . ☒ Yes  ☐ No

46  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . ☒ Yes  ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . ☒ Yes  ☐ No

**b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

## Part V    Other Expenses. List below business expenses not included on lines 8–26 or line 30.

| | |
|---|--:|
| Telephone | 2,050 |
| Rubbish Removal | 1,808 |
| Work Clothes & Shoes | 622 |
| | |
| | |
| | |
| | |
| | |
| | |
| 48  Total other expenses. Enter here and on page 1, line 27 . . . . . . . | 4,480 |

Schedule C (Form 1040) 2001

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service  (99)

OMB No. 1545-0074

# Profit or Loss From Business

(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.

▶ Attach to Form 1040 or Form 1041.   ▶ See Instructions for Schedule C (Form 1040).

**2001**

Attachment
Sequence No. **09**

Name of proprietor
**Kevin Rusin**

Social security number (SSN)
020 : 60 : 4655

| A | Principal business or profession, including product or service (see page C-1 of the instructions) | B Enter code from pages C-7 & 8 |
|---|---|---|
| | **Construction** | ▶ 2 3 5 5 0 0 |

| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN), if any |
|---|---|---|
| | **KR Construction** | |

| E | Business address (including suite or room no.) ▶ **157 Pleasant Street Apt #507** |
|---|---|
| | City, town or post office, state, and ZIP code   **Malden,Ma 02148** |

F  Accounting method:   (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶ ..........................

G  Did you "materially participate" in the operation of this business during 2001? If "No," see page C-2 for limit on losses . ☒ Yes ☐ No

H  If you started or acquired this business during 2001, check here . . . . . . . . . . . . . ▶ ☐

## Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here . . . . ▶ ☐ | 1 | 125,880 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . | 3 | 125,880 |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . | 4 | 75,947 |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . | 5 | 49,933 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . ▶ | 7 | 49,933 |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| 8 | Advertising . . . . . | 8 | | 19 | Pension and profit-sharing plans | 19 | |
|---|---|---|---|---|---|---|---|
| 9 | Bad debts from sales or services (see page C-3) . . | 9 | | 20 | Rent or lease (see page C-4): | | |
| | | | | a | Vehicles, machinery, and equipment . | 20a | |
| 10 | Car and truck expenses (see page C-3) . . . . . | 10 | 5,592 | b | Other business property . . | 20b | |
| 11 | Commissions and fees . . | 11 | | 21 | Repairs and maintenance . . | 21 | |
| 12 | Depletion . . . . . | 12 | | 22 | Supplies (not included in Part III) . | 22 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) . . | 13 | 3,967 | 23 | Taxes and licenses . . . . | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel . . . . . . . . | 24a | |
| 14 | Employee benefit programs (other than on line 19) . . | 14 | | b | Meals and entertainment | | |
| 15 | Insurance (other than health) . | 15 | 2,348 | c | Enter nondeductible amount included on line 24b (see page C-5) . | | |
| 16 | Interest: | | | | | | |
| a | Mortgage (paid to banks, etc.) . | 16a | | d | Subtract line 24c from line 24b | 24d | |
| b | Other . . . . . . . | 16b | 1,070 | 25 | Utilities . . . . . . | 25 | |
| 17 | Legal and professional services . . . . . . | 17 | 225 | 26 | Wages (less employment credits) . | 26 | |
| 18 | Office expense . . . . . | 18 | 1,225 | 27 | Other expenses (from line 48 on page 2) . . . . . . | 27 | 4,480 |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . . ▶ | 28 | 18,907 |
|---|---|---|---|
| 29 | Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . | 29 | 31,026 |
| 30 | Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . | 30 | 2,454 |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3. | 31 | 28,572 |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6). | | |
| | • If you checked 32a, enter the loss on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3. | 32a ☐ All investment is at risk. | |
| | • If you checked 32b, you **must** attach Form 6198. | 32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.          Cat. No. 11334P          Schedule C (Form 1040) 2001

| SCHEDULE SE | Self-Employment Tax | OMB No. 1545-0074 |
|---|---|---|
| **(Form 1040)** | ► See Instructions for Schedule SE (Form 1040). | **2001** |
| Department of the Treasury<br>Internal Revenue Service  (99) | ► Attach to Form 1040. | Attachment<br>Sequence No. **17** |

| Name of person with **self-employment income** (as shown on Form 1040)<br>Kevin Rusin | Social security number of person<br>with self-employment income ► | 020 : 60 : 4655 |
|---|---|---|

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more **or**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See page SE-1.

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE. See page SE-3.

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt–Form 4361" on Form 1040, line 53.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?



---

Section A—Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a . . . . . . . . . . . . . . . . | **1** | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-2 for other income to report . . . . . . . . . . . . . . . . | **2** | 28,572 |
| 3 | Combine lines 1 and 2 . . . . . . . . . . . . . . . . | **3** | 28,572 |
| 4 | Net earnings from self-employment. Multiply line 3 by 92.35% (.9235). If less than $400, do not file this schedule; you do not owe self-employment tax . . . . . . . . ► | **4** | 26,386 |
| 5 | Self-employment tax. If the amount on line 4 is:<br>• $80,400 or less, multiply line 4 by 15.3% (.153). Enter the result here and on Form 1040, line 53.<br>• More than $80,400, multiply line 4 by 2.9% (.029). Then, add $9,969.60 to the result. Enter the total here and on Form 1040, line 53. | **5** | 4,037 |
| 6 | Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.5). Enter the result here and on Form 1040, line 27 . . . .  **6**  2,019 | | |

Form **6251**

Department of the Treasury
Internal Revenue Service (99)

## Alternative Minimum Tax—Individuals

▶ See separate instructions.

▶ Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0227

**2001**

Attachment
Sequence No. **32**

Name(s) shown on Form 1040

Kevin and Junia Dupim Rusin

Your social security number

020 60 4655

### Part I   Alternative Minimum Taxable Income

| | | | |
|---|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 36, here and go to line 6 | 1 | 8,500 |
| 2 | Medical and dental. Enter the **smaller** of Schedule A (Form 1040), line 4 or 2½% of Form 1040, line 34 | 2 | |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 | 3 | |
| 4 | Certain interest on a home mortgage **not** used to buy, build, or improve your home | 4 | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | 5 | |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 | 6 | ( ) |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | 7 | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | 8 | 806 |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss. | 9 | |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | 10 | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss | 11 | |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 9 | 12 | |
| 13 | Tax-exempt interest income from private activity bonds issued after August 7, 1986 | 13 | |

14  Other. Enter the amount, if any, for each item below and enter the total on line 14.

| | | | |
|---|---|---|---|
| a | Circulation expenditures | i | Mining costs |
| b | Depletion | j | Patron's adjustment |
| c | Depreciation (pre-1987) | k | Pollution control facilities |
| d | Installment sales | l | Research and experimental |
| e | Intangible drilling costs | m | Section 1202 exclusion |
| f | Large partnerships | n | Tax shelter farm activities |
| g | Long-term contracts | o | Related adjustments |
| h | Loss limitations | | |

| | | | |
|---|---|---|---|
| | | 14 | |
| 15 | Total adjustments and preferences. Combine lines 1 through 14 | 15 | 9,306 |
| 16 | Enter the amount from Form 1040, line 37. If less than zero, enter as a (loss) | 16 | 18,053 |
| 17 | Enter as a positive amount any net operating loss deduction from Form 1040, line 21 | 17 | |
| 18 | If Form 1040, line 34, is over $132,950 (over $66,475 if married filing separately) and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 | 18 | ( ) |
| 19 | Combine lines 15 through 18 | 19 | 27,359 |
| 20 | Alternative tax net operating loss deduction (see page 6 of the instructions) | 20 | |
| 21 | **Alternative minimum taxable income.** Subtract line 20 from line 19. (If married filing separately and line 21 is more than $173,000, see page 7 of the instructions.) | 21 | 27,359 |

### Part II   Alternative Minimum Tax

22  Exemption amount. (If this form is for a child under age 14, see page 7 of the instructions.)

| IF your filing status is . . . | AND line 21 is not over . . . | THEN enter on line 22 . . . | | |
|---|---|---|---|---|
| Single or head of household | $112,500 | $35,750 | | |
| Married filing jointly or qualifying widow(er) | 150,000 | 49,000 | 22 | 49,000 |
| Married filing separately | 75,000 | 24,500 | | |

If line 21 is **over** the amount shown above for your filing status, see page 7 of the instructions.

| | | | |
|---|---|---|---|
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 and stop here | 23 | 0 |
| 24 | Go to Part III of Form 6251 to figure line 24 if you reported capital gain distributions directly on Form 1040, line 13, or you had a gain on both lines 16 and 17 of Schedule D (Form 1040) (as refigured for the AMT, if necessary). **All others:** If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 24 | |
| 25 | Alternative minimum tax foreign tax credit (see page 7 of the instructions) | 25 | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 | 26 | 0 |
| 27 | Enter your tax from Form 1040, line 40 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 43) | 27 | 1,841 |
| 28 | **Alternative minimum tax.** Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 41 | 28 | 0 |

For Paperwork Reduction Act Notice, see page 8 of the instructions.        Cat. No. 13600G        Form **6251** (2001)

| Form **8829** | **Expenses for Business Use of Your Home** | OMB No. 1545-1266 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ File only with Schedule C (Form 1040). Use a separate Form 8829 for each home you used for business during the year.  ▶ See separate instructions. | **2001** Attachment Sequence No. **66** |

| Name(s) of proprietor(s) | Your social security number |
|---|---|
| Kevin Rusin | 020 : 60 : 4655 |

### Part I — Part of Your Home Used for Business

| | | | |
|---|---|---|---|
| 1 | Area used regularly and exclusively for business, regularly for day care, or for storage of inventory or product samples. See instructions . . . . . . . . . . . . . . . . | **1** | 1 |
| 2 | Total area of home . . . . . . . . . . . . . . . . . . . . . . | **2** | 6 |
| 3 | Divide line 1 by line 2. Enter the result as a percentage . . . . . . . . . . . | **3** | 16.67 % |
| | • For day-care facilities not used exclusively for business, also complete lines 4–6. | | |
| | • All others, skip lines 4–6 and enter the amount from line 3 on line 7. | | |
| 4 | Multiply days used for day care during year by hours used per day . | **4** | hr. | |
| 5 | Total hours available for use during the year (365 days × 24 hours). See instructions | **5** | 8,760 hr. | |
| 6 | Divide line 4 by line 5. Enter the result as a decimal amount . . . . | **6** | | |
| 7 | Business percentage. For day-care facilities not used exclusively for business, multiply line 6 by line 3 (enter the result as a percentage). All others, enter the amount from line 3 . . . . ▶ | **7** | 16.67 % |

### Part II — Figure Your Allowable Deduction

| | | | (a) Direct expenses | (b) Indirect expenses | | |
|---|---|---|---|---|---|---|
| 8 | Enter the amount from Schedule C, line 29, **plus** any net gain or (loss) derived from the business use of your home and shown on Schedule D or Form 4797. If more than one place of business, see instructions | **8** | | | | 33,426 |
| | See instructions for columns (a) and (b) before completing lines 9–20. | | | | | |
| 9 | Casualty losses. See instructions . . . . | **9** | | | | |
| 10 | Deductible mortgage interest. See instructions . | **10** | | | | |
| 11 | Real estate taxes. See instructions . . . . . | **11** | | | | |
| 12 | Add lines 9, 10, and 11 . . . . . . . | **12** | | | | |
| 13 | Multiply line 12, column (b) by line 7 . . . . | | | **13** | | |
| 14 | Add line 12, column (a) and line 13 . . . . . | | | | **14** | |
| 15 | Subtract line 14 from line 8. If zero or less, enter -0- . | | | | **15** | 33,426 |
| 16 | Excess mortgage interest. See instructions . . | **16** | | | | |
| 17 | Insurance . . . . . . . . . . | **17** | | 117 | | |
| 18 | Repairs and maintenance . . . . . . . | **18** | | | | |
| 19 | Utilities . . . . . . . . . . . | **19** | | 804 | | |
| 20 | Other expenses. See instructions . . . . . | **20** | | 13,800 | | |
| 21 | Add lines 16 through 20 . . . . . . . | **21** | | 14,721 | | |
| 22 | Multiply line 21, column (b) by line 7 . . . . . . . . . . . | **22** | 2,454 | | |
| 23 | Carryover of operating expenses from 2000 Form 8829, line 41 . . | **23** | | | |
| 24 | Add line 21 in column (a), line 22, and line 23 . . . . . . . . . . . | | | **24** | 2,454 |
| 25 | Allowable operating expenses. Enter the **smaller** of line 15 or line 24 . . . . . | | | **25** | 2,454 |
| 26 | Limit on excess casualty losses and depreciation. Subtract line 25 from line 15 . . . . . | | | **26** | 30,972 |
| 27 | Excess casualty losses. See instructions . . . . . . . . . | **27** | | | |
| 28 | Depreciation of your home from Part III below . . . . . . . | **28** | | | |
| 29 | Carryover of excess casualty losses and depreciation from 2000 Form 8829, line 42 | **29** | | | |
| 30 | Add lines 27 through 29 . . . . . . . . . . . . . . . . | | | **30** | |
| 31 | Allowable excess casualty losses and depreciation. Enter the **smaller** of line 26 or line 30 . . | | | **31** | |
| 32 | Add lines 14, 25, and 31 . . . . . . . . . . . . . . . . | | | **32** | 2,454 |
| 33 | Casualty loss portion, if any, from lines 14 and 31. Carry amount to **Form 4684**, Section B . . | | | **33** | |
| 34 | Allowable expenses for business use of your home. Subtract line 33 from line 32. Enter here and on Schedule C, line 30. If your home was used for more than one business, see instructions ▶ | | | **34** | 2,454 |

### Part III — Depreciation of Your Home

| | | | |
|---|---|---|---|
| 35 | Enter the **smaller** of your home's adjusted basis or its fair market value. See instructions | **35** | |
| 36 | Value of land included on line 35 . . . . . . . . . . . . . . | **36** | |
| 37 | Basis of building. Subtract line 36 from line 35 . . . . . . . . . . . | **37** | |
| 38 | Business basis of building. Multiply line 37 by line 7 . . . . . . . . . . | **38** | |
| 39 | Depreciation percentage. See instructions . . . . . . . . . . . . | **39** | . % |
| 40 | Depreciation allowable. Multiply line 38 by line 39. Enter here and on line 28 above. See instructions | **40** | |

### Part IV — Carryover of Unallowed Expenses to 2002

| | | | |
|---|---|---|---|
| 41 | Operating expenses. Subtract line 25 from line 24. If less than zero, enter -0- . . . . . | **41** | |
| 42 | Excess casualty losses and depreciation. Subtract line 31 from line 30. If less than zero, enter -0- . | **42** | |

For Paperwork Reduction Act Notice, see page 4 of separate instructions.    Cat. No. 13232M    Form **8829** (2001)



FOR FULL YEAR RESIDENTS ONLY
For the year January 1–December 31, 2001 or other taxable
year beginning                    ending

M11OO

# Form 1. Massachusetts Resident Income Tax Return

**2001**

| FIRST NAME | MIDDLE INITIAL | LAST NAME | YOUR SOCIAL SECURITY NUMBER |
|---|---|---|---|
| KEVIN | | RUSIN | 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 |
| SPOUSE'S FIRST NAME | MIDDLE INITIAL | SPOUSE'S LAST NAME | SPOUSE'S SOCIAL SECURITY NUMBER |
| JUNIA DUPIM | | RUSIN | 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 |
| STREET ADDRESS | | CITY/TOWN/POST OFFICE | STATE  ZIP + 4 |
| 157 Pleasant Street Apt #507 | | Malden | MA 02148 |
| C/O STREET ADDRESS | | CITY/TOWN/POST OFFICE | STATE  ZIP + 4 |

NAME/ADDRESS CHANGED SINCE 2000      TAXPAYER DECEASED      SPOUSE DECEASED

**Mass. Clean Elections Fund:**    . $1 You        $1 Spouse, if filing jointly      TOTAL ► $  0    Note: This contribution will not change your tax or reduce your refund

1. Filing status (select one only):    Single        $1 Spouse, if filing jointly    Married filing separate return (enter spouse's
   Head of household    X  Married filing joint return    Soc. Sec. number in the appropriate space above)
                        (both must sign return)

2. **Exemptions:**    Fill in if noncustodial parent        X  Fill in if using whole-dollar method
   a. Personal exemptions. If single or married filing separately, enter $4,400. If head of household, enter $6,800
      If married filing jointly, enter $8,800                                                              a        8800.00
   b. Number of dependents. (Do not include yourself or your spouse.) Enter number ►  0   × $1,000   b
   c. Age 65 or over before 2002    You +    Spouse = ►  0  × $700                                        c
   d. Blindness    X  You +    Spouse = ►  1  × $2,200                                                   d        2200.00
   e. Other: 1. Medical/dental ►        2. Adoption ►                                    1 + 2 = e
   f. Total exemptions. Add items a, b, c, d and e. Enter here and on line 18        ► 2f               11000.00

3. Wages, salaries, tips and other employee compensation (from all W-2 forms)        ► 3

4. Taxable pensions and annuities        ► 4

5. Mass. bank interest: a. ►                        – b. exemption        = 5
   Exemption: if married filing jointly, subtract $200 from Total; otherwise subtract $100 and enter result

6. Business/profession or farm income or loss (enclose Mass. or U.S. Schedule C, C-EZ, or U.S. Schedule F)  ► 6     28572.00

7. Rental, royalty and REMIC, partnership, S corp., trust income/loss (enclose Mass. and U.S. Schedule E)  ► 7

8. Unemployment compensation (from U.S. return)        ► 8

9. Other income (alimony, taxable IRA/Keogh distributions, winnings, fees) from Sch. X, line 6 (enclose Sch. X) ► 9

10. TOTAL 5.6% INCOME. Add lines 3 through 9. (Be sure to subtract any loss(es) in lines 6 or 7)        10     28572.00
11. Amount paid to Soc. Sec. Medicare, R.R., U.S. or Mass. Retirement. **Not more than $2,000 per person**
    a. You ►  2000.00        + b. Spouse ►                                        a + b = 11      2000.00

12. Child under age 13, or disabled dependent/spouse care expenses (from worksheet)    ► 12
13. Number of dependent member(s) of household under age 12, or dependents age 65 or over (not you or your spouse) as of
    12/31/01, or disabled dependent(s) (only if single, head of household or married filing joint return and not claiming line 12)
    Not more than two. a. ►        × $2,400                                        = 13
14. Rental deduction (rent paid in 2001). a. ►                        + 2        = ► 14
    Not more than $3,000 ($1,500 if married filing separately)
15. Other deductions from Schedule Y, line 10 (enclose Schedule Y)        ► 15        375.00

16. Total deductions. Add lines 11 through 15        ► 16        2375.00

17. 5.6% INCOME AFTER DEDUCTIONS. Subtract line 16 from line 10. **Not less than "0"**    17     26197.00
18. Exemption amount (from line 2, item f)        18     11000.00
19. 5.6% INCOME AFTER EXEMPTIONS. Subtract line 18 from line 17. **Not less than "0"**    19     15197.00

PRIVACY ACT NOTICE AVAILABLE UPON REQUEST

PRIMARY TAXPAYER'S SS#
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

2001 FORM 1, PAGE 2
M1200

| | | | |
|---|---|---|---|
| 19. | **5.6% INCOME AFTER EXEMPTIONS.** From other side. **Not less than "0"** | 19 | 15197.00 |
| 20. | **INTEREST AND DIVIDEND INCOME** (from Schedule B, line 24) | ▶ 20 | |
| 21. | **TOTAL TAXABLE 5.6% INCOME.** Add line 19 and line 20 | 21 | 15197.00 |
| 22. | **TAX ON 5.6% INCOME** (from tax table). If line 21 is more than $80,000, multiply by .056 | 22 | 850.00 |
| 23. | **12% INCOME.** (from Sch. B, line 25). Not less than "0." a ▶ | × .12 = 23 | |
| 24. | **TAX ON LONG-TERM CAPITAL GAINS** (from Schedule D, line 21). Not less than "0" | ▶ 24 | |
| | Fill in if any excess exemptions were used in calculating lines 20, 23 or 24 ▶ | | |
| 25. | Credit recapture amount (enclose Schedule H-2)        BC        EOA | ▶ 25 | |
| 26. | If you qualify for No Tax Status, fill in and enter "0" on line 27 ▶ | | |
| 27. | **TAX.** Add lines 22 through 25 | 27 | 850.00 |
| 28. | Limited Income Credit (from worksheet) | ▶ 28 | |
| 29. | Other credits from Sch. Z, line 3 (enclose Sch. Z) ▶ | 28 + 29 = 30 | |
| 31. | **TAX AFTER CREDITS.** Subtract line 30 from line 27. **Not less than "0"** | 31 | 850.00 |
| 32. | Voluntary Contributions: a. Organ Transplant Fund ▶          b. Endangered Wildlife | | |
| | Conservation ▶          c. Mass AIDS Fund ▶ | | |
| | d. Massachusetts United State Olympic Fund ▶          Total of a, b, c and d | 32 | |
| 33. | **TAX AFTER CREDITS PLUS CONTRIBUTIONS.** Add lines 31 and 32 | 33 | 850.00 |
| 34. | Massachusetts income tax withheld (enclose all Mass. W-2, W-2G, 1099G & 1099R forms) | ▶ 34 | |
| 35. | 2000 overpayment applied to your 2001 estimated tax (do not enter 2000 refund) | ▶ 35 | |
| 36. | 2001 Massachusetts estimated tax payments (do not include amount in line 35) | ▶ 36 | |
| 37. | Earned Income Credit. a. Number of qualifying children ▶          Amount from U.S. return ▶ | × .15 = | ▶ 37 |
| 38. | Senior Circuit Breaker Credit (enclose Schedule CB) | | ▶ 38 |
| 39. | Payments made with extension (enclose Form M-4868) | ▶ 39 | |
| 40. | **TOTAL TAX PAYMENTS.** Add lines 34 through 39 | 40 | |
| 41. | Overpayment. If line 33 is smaller than line 40, subtract line 33 from line 40 | ▶ 41 | |
| 42. | Amount of overpayment you want applied to your 2002 estimated tax | ▶ 42 | |
| 43. | Subtract line 42 from line 41. **THIS IS YOUR REFUND.** Mail to Mass. DOR, PO Box 7000, Boston MA 02204 | ▶ 43 | |
| | Direct deposit of refund. Type of account ▶     checking     savings | | |
| | RTN # ▶          account # ▶ | | |
| 44. | **Tax due.** If line 33 is larger than line 40, subtract line 40 from line 33. **Use Form PV** | ▶ 44 | 850.00 |
| | Pay in full with this return. Write Social Security number on lower left corner of check and make payable to Commonwealth of Massachusetts. Mail to Mass. DOR, PO Box 7003, Boston MA 02204. Add to total in line 44, if applicable. | | |
| | Interest ▶          Penalty ▶          M-2210 amt. ▶ | ▶ | EX enclose Form M-2210 |

SIGN HERE. Under penalties of perjury, I declare that to the best of my knowledge and belief this return and enclosures are true, correct and complete.

45. Your signature                                  Date 4/15/02     Print paid preparer's name          Paid preparer's SSN or PTIN
                                                                      Richard J Gianelly          ▶ 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

Spouse's signature (if filing jointly)     Date 4-15-02     Paid preparer's phone          Paid preparer's EIN
                                                             (781) 321-7311          ▶ 04-2758938

May the Department of Revenue discuss
this return with the preparer shown here?                    ▶ Paid preparer's signature          Date        Check if self-employed
(see instructions) ▶     Yes     No                                                               04-13-02    X

Richard J Gianelly & Co
6 Pleasant Street
Malden, Ma 02148



M1500

## Schedule C. Massachusetts Profit or Loss from Business. Enclose copies of U.S. Schedule C or C-EZ and U.S. Form 4562        **2001**

FIRST NAME OF PROPRIETOR          MIDDLE INITIAL     LAST NAME OF PROPRIETOR

Kevin Rusin

BUSINESS NAME

KR Construction

MAIN BUSINESS OR PROFESSION, INCLUDING PRODUCT OR SERVICE

Construction

ADDRESS                                         CITY/TOWN/POST OFFICE                  STATE  ZIP + 4

157 Pleasant  Street Apt #507      Malden,Ma 02148

SSN OF PROPRIETOR

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

EMPLOYER IDENTIFICATION NUMBER

PRINCIPAL BUSINESS CODE
(from U.S. Sch. C)

235500

Accounting method:  X  Cash      Accrual     Other (specify)

Did you materially participate in the operation of this business during 2001? (if "no," see line 33 instructions)

Did you claim the small business exemption from the sales tax on purchase of taxable energy or heating fuel during 2001?

No. of employees

X Yes      No

Yes      No

Exclude interest (other than from Massachusetts banks) and dividends from lines 1 and 4 and enter the result in line 32 and in Schedule B, line 3

**Caution:** If this income was reported to you on Form W-2 and the "statutory employee" box on that form was checked, fill in here:

| | | | | |
|---|---|---|---:|---:|
| 1. | a. Gross receipts or sales | 125880.00 | | |
| | b. Returns and allowances | | a – b = 1 | 125880.00 |
| 2. | Cost of goods sold and/or operations (from Schedule C-1, line 8) | | 2 | 75947.00 |
| 3. | Gross profit. Subtract line 2 from line 1 | | 3 | 49933.00 |
| 4. | Other income (enclose statement). Do not include interest (other than from Mass. banks) and dividends | | 4 | |
| 5. | Total income. Add line 3 and line 4 | | 5 | 49933.00 |
| 6. | Advertising | | 6 | |
| 7. | Bad debts from sales or services | | 7 | |
| 8. | Car and truck expenses | | 8 | 5592.00 |
| 9. | Commissions and fees | | 9 | |
| 10. | Depletion | | 10 | |
| 11. | Depreciation and Section 179 deduction (enclose statement — see instructions) | | 11 | 3967.00 |
| 12. | Employee benefit programs (other than in line 17) | | 12 | |
| 13. | Insurance (other than health) | | 13 | 2348.00 |
| 14. | Interest (enclose statement) | | | |
| | a. mortgage interest paid to financial institutions | | | |
| | b. other interest | 1070.00 | a + b = 14 | 1070.00 |
| 15. | Legal and professional services | | 15 | 225.00 |
| 16. | Office expense | | 16 | 1225.00 |
| 17. | Pension and profit-sharing | | 17 | |
| 18. | Rent or lease  a. vehicles, machinery and equipment | | | |
| | b. other business property | | a + b = 18 | |

PROPRIETOR'S SS#
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

2001 Schedule C, page 2
M1600

| | | |
|---|---|---|
| 19. Repairs and maintenance | 19 | |
| 20. Supplies (not included on Schedule C-1) | 20 | |
| 21. Taxes and licenses | 21 | |
| 22. Travel | 22 | |
| 23. a. Total meals and entertainment | | |
| b. Enter 50% of 23a subject to limitations | a – b = 23 | |
| 24. Utilities | 24 | |
| 25. Wages (before U.S. jobs credit) | 25 | |
| 26. Other expenses (enclose statement specifying type(s) and amount(s)) | 26 | 4480.00 |
| 27. Total expenses. Add lines 6 through 26 | 27 | 18907.00 |
| 28. Tentative profit or loss. Subtract line 27 from line 5 | 28 | 31026.00 |
| 29. Expenses for business use of your home (enclose U.S. Form 8829) | 29 | 2454.00 |
| 30. Abandoned Building Renovation Deduction (enclose statement --- see instructions) | 30 | |
| 31. Net profit or loss. Subtract total of line 29 and line 30 from line 28. If a profit, enter here and on Form 1, line 6 or Form 1-NR/PY, line 8. If a loss, complete line 33 | 31 | 28572.00 |
| 32. Is interest (other than from Massachusetts banks) or dividend income reported on U.S. Schedule C, lines 1 and/or 6 or Schedule C-EZ, line 1?      Yes   X  No. If "yes," enter amount here and in Massachusetts Schedule B, line 3 | 32 | |

33. If you have a loss, you must check the statement that describes your investment in this activity.
If you filled in 33a, enter the loss on Form 1, line 6 or Form 1-NR/PY, line 8. If you filled in 33b
see instructions

X  **33a.** All investment at risk
**33b.** Some investment is not at risk

## Schedule C-1. Cost of Goods Sold and/or Operations

Method(s) used to value closing inventory:      X Cost      Lower of cost or market      Other (enclose explanation)
Was there any change in determining quantities, costs or valuations between opening & closing inventory? If "yes," encl. explanation      Yes    X No

| | | |
|---|---|---|
| 1. Inventory at beginning of year (if different from last year's closing inventory, enclose explanation) | 1 | |
| 2. a. Purchases | 55448.00 | |
| b. Items withdrawn for personal use | a – b = 2 | 55448.00 |
| 3. Cost of labor (do not include salary paid to yourself) | 3 | 20499.00 |
| 4. Materials and supplies | 4 | |
| 5. Other costs (enclose statement) | 5 | |
| 6. Add lines 1 through 5 | 6 | 75947.00 |
| 7. Inventory at end of year | 7 | |
| 8. Cost of goods sold and/or operations. Subtract line 7 from line 6. Enter here and on Schedule C, line 2 | 8 | 75947.00 |

| Form **1040** | SUPPLEMENTAL SCHEDULE | For Tax Year |
|---|---|---|
| | Massachusetts Schedule C | **2001** |

| Taxpayer name(s) as shown on Form 1040: | Social Security Number: |
|---|---|
| **KEVIN RUSIN** | **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** |

| STATEMENT<br>Other Expense Type | Schedule C, Other Expense (Line 26)<br>Other Expense Amount |
|---|---|
| Telephone | 2,050 |
| Rubbish Removal | 1,808 |
| Work Clothes & Shoes | 622 |
| TOTAL | 4,480 |



M1800

FIRST NAME                   MIDDLE INITIAL    LAST NAME                            YOUR SOCIAL SECURITY NUMBER

KEVIN                            RUSIN                             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

Note: If you are reporting other income on Form 1, line 9 or Form 1-NR/PY, line 11 and/or claiming other deductions on Form 1, line 15, or Form 1-NR/PY, line 19 and/or claiming other credits on Form 1, line 29 or Form 1-NR/PY, lines 33 or 34, you must complete and enclose the following schedule(s) with your return. Failure to enclose these schedules will delay the processing of your return.

## Schedule X. Other Income. Enclose with Form 1 or Form 1-NR/PY

**2001**

1. Alimony received (from U.S. return) (full-year and part-year residents only — see instructions)   ► 1
2. Taxable IRA/Keogh and Roth IRA conversion distributions (from worksheet in instructions)   ► 2
3. Mass. state lottery winnings. **Not less than "0."** Lottery losses are not deductible under Mass. law   ► 3
4. Other gambling winnings. **Not less than "0."** Gambling losses are not deductible under Mass. law   ► 4
5. Fees and other 5.6% income. Enclose statement listing sources and amounts. **Not less than "0"**   ► 5
6. Total other 5.6% income. Add lines 1 through 5. **Not less than "0."** Enter here and on Form 1, line 9 or Form 1-NR/PY, line 11   ► 6

## Schedule Y. Other Deductions. Enclose with Form 1 or Form 1-NR/PY

1. Allowable employee business expenses (from worksheet in instructions). Enclose U.S. Form 2106 or 2106-EZ (nonresidents and part-year residents, this deduction must be related to income reported on Form 1-NR/PY)   ► 1
2. Penalty on early savings withdrawal (from U.S. return) (nonresidents and part-year residents, this deduction must be related to income reported on Form 1-NR/PY)   ► 2
3. Alimony paid (from U.S. return). Part-year residents, enter the amount paid while a Mass. resident; nonresidents, multiply alimony paid by line 14g of Form 1-NR/PY   ► 3
4. Amounts excludible under MGL Ch. 41, sec. 111F or U.S. tax treaty included in Form 1, line 3 or Form 1-NR/PY, line 5   ► 4
      Income received by a firefighter or police officer incapacitated in the line of duty, per MGL Ch. 41, sec. 111F (enclose statement from employer)
      Income exempt under U.S. tax treaty. Enclose U.S. Form 1042-S
5.    Student loan interest deduction (only if not claiming the same expenses in line 8)   Medical savings account deduction (encl. U.S. Form 8853)
      Moving expenses (encl. U.S. Form 3903)   Self-employed health insurance deduction
      Certain qualified deductions from U.S. Form 1040 (see instructions)   ► 5
6. Deductible amount of qualified contributory pension income from another state or political subdivision included in Form 1, line 4 or Form 1-NR/PY, line 6 (see instructions)   ► 6
7. College tuition deduction (from worksheet)   ► 7
8. Undergraduate student loan interest deduction (only if not claiming the same expenses in line 5)   ► 8
9. Charitable contributions. Full-year residents, total of a and b below. Part-year residents, multiply total of a and b by line 2 of Form 1-NR/PY and enter the result in line 9; nonresidents, multiply total of a and b by line 14g of Form 1-NR/PY and enter the result in line 9
   a. ►      375.00  + b. ►                    = 9        375.00
      Gifts by cash or check               Other than by cash or check (if over $500, enclose U.S. Form 8283)
10. Total other deductions. Add lines 1–9. Enter here and on Form 1, line 15 or Form 1-NR/PY, line 19   ► 10        375.00

## Schedule Z. Other Credits. Enclose with Form 1 or Form 1-NR/PY

**Part 1. Credits.** You must enclose all schedules with return

1.    Lead Paint (enclose Schedule LP)      Economic Opportunity Area (enclose Schedule EOA)      Full Employment Credit (enclose Schedule FEC
      Septic Credit (enclose Schedule SC)      Brownfields (enclose Schedule BC)      Low Income Housing Credit (enclose eligibility statement)
      Nonresidents and part-year residents, enter line 1 total on Form 1-NR/PY, line 33
      Part-year residents, also complete line 2, if applicable. Full-year residents, complete lines 1, 2 and 3   ► 1
   **Part 2. Credits for Residents and Part-Year Residents Only** You must enclose all schedules with return
2.    Income tax paid to another state or jurisdiction (complete Schedule F and enclose copies of other state's return)      Energy (enclose Schedule EC)
      Part-year residents, enter line 2 total on Form 1-NR/PY, line 34. Full-year residents, complete line 3   ► 2
3. Total credits. Full-year residents only, add lines 1 and 2. Enter the result here and in Form 1, line 29   ► 3

# The Cambridge Center for Adult Education

P O Box 9113 • 42 Brattle Street • Cambridge, MA 02238

## Certificate of Achievement

*Junia Rubin*

For successfully completing

**ESL Intermediate Level II.**

a course in English as a Second Language

at

The Cambridge Center for Adult Education

Cambridge, MA

_____
ESL Instructor

_____
12-02-02
Date

*Room 2*

Junia Rusin  #159487
157  Pleasant St.
Malden MA 02148

Junia Rusin has paid a fee of $184.00 to register for the following classes.

The fee paid includes $6.00 for a registration fee.

**ESL: Intermediate Level II**                                                    **ENGE**
, Instructor
Sec. 02:  Mondays, Tuesdays, Wednesdays, & Thursdays (meets 4 times per week for 5 weeks), 8:00-9:30
pm. Begins Aug. 12, 1 Story St.  | $178

Your book may be purchased at the Cambridge Center Office, 42 Brattle St.  You should wait until after
the first class to buy your book
TEXT: Understanding & Using English Grammar ( Blue)

# The Cambridge Center for Adult Education
P O Box 9113 • 42 Brattle Street • Cambridge, MA 02238

## Certificate of Achievement

_Junia Dupim Ladia_

For successfully completing

_Intermediate Grammar I_

a course in English as a Second Language

at

The Cambridge Center for Adult Education
Cambridge, MA

_Helen Kagan_
ESL Instructor

_August 2, 2002_
Date

Junia Rusin  #159487
157 Pleasant St.
Malden MA 02148

Junia Rusin has paid a fee of $153.00 to register for the following classes.

The fee paid includes $6.00 for a registration fee.

④

**ENGD**

**ESL: Intermediate Level I**
Helen Kagan, Instructor
Sec. 02:  Tuesdays and Thursdays (meets 2 times per week for 8 weeks: 15 classes), 11:00 am-12:30 pm.
Begins Jun. 18, 1 Story St. | $147

Your book may be purchased at the Cambridge Center Office, 42 Brattle St.  You should wait until after
the first class to buy your book
TEXT: Understanding & Using English Grammar (Blue)

Kevin Rusin #184318
157 Pleasant St 507
Malden MA 02148

Kevin Rusin has paid a fee of $166.00 to register for the following classes.

The fee paid includes $6.00 for a registration fee.

**Brazilian Portuguese**                                    **BPRT**
Kaplan, Instructor
beginner level 1 intensive
Sec. 01: Tuesdays & Thursdays (meets 2 times per week for 6 weeks), 6:00-7:30 pm. Begins Jan. 14, 81
Mt. Auburn St.  $160

**Safety Insurance Compa...**

20 Custom House Street
Boston, MA  02110
1-800-951-2100

Homeowners
Amended Declaration
Declarations Effective 12/01/01

**Direct Bill - Insured  ADD SAV7 JEWELRY & FINE ARTS**

| Policy Number | Policy Period From | To | Beginning and Ending at | Agent Code |
|---|---|---|---|---|
| HO00088111 | 12/01/01 | 12/01/02 | 12:01 AM STANDARD TIME | 32364 |

| Named Insured and Address | Agent |
|---|---|
| KEVIN RUSIN<br>JUNIA D RUSIN<br>157 PLEASANT STREET, APT 507<br>MALDEN, MA  02148 | QUINCY INSURANCE AGENCY, INC.<br>40 WILLIAM STREET<br>WELLESLEY, MA  02481<br><br>Phone: (781) 431-9600 |

The residence premises covered by this policy is located at the above address unless otherwise stated.

## Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Scheduled Personal Property Premium | Total Policy Premium | Change In Premium |
|---|---|---|---|---|
| $317 | $68 | $100 | $485 | $19- |

## Rating Information

| Form | Section I Deductible | Wind Deductible | Constr Type | Constr Year | Number of Families | Protection Class | Territory |
|---|---|---|---|---|---|---|---|
| HO 00 04 | $250 | N/A | Masonry | 1985 | 1 | 03 | 44 |

## Coverage Limits, Premiums and Endorsements

| Coverage - Section I | | Limit | Premium |
|---|---|---|---|
| Coverage -C- Personal Property | | $50,000 | $304 |
| Coverage -D- Loss of Use | | $20,000 | |
| **Coverage - Section II** | | | |
| Coverage -E- Personal Liability | | $300,000 | $13 |
| Coverage -F- Medical Payments to Others | | $1,000 | Included |

**Policy Forms and Endorsements**

| | | | |
|---|---|---|---|
| HO 00 04 | 04-91 | Contents Broad Form | |
| HO 01 20 | 10-99 | Special Provisions - MA | |
| HO 04 96 | 04-91 | Daycare Exclusion | |
| HO 05 23 | 07-97 | Amendatory Nonrenewal End | |
| HO 04 16 | 04-91 | Premises Alarm System | $33- |
| HO 04 46 | 04-91 | Inflation Guard | |
| | | Annual Increase is 4 % | |
| HO 04 90 | 04-91 | Pers Prop Replace Cost | $106 |
| HO-ACCT | | Account Credit | $30- |
| SSE-002 | 07-97 | Safety Select | $25 |
| HO 04 61 | 04-91 | Sched Pers Prop End | |
| SAV-007 | 10-99 | Scheduled Prop-Agreed Val | |

This replaces all previously issued policy declarations, if any. This policy applies only to accidents, occurrences, or losses which happen during the policy period shown above.

AUTHORIZED REPRESENTATIVE

Insured Copy
PAGE 1

01/18/02 (Print Date)



# Your Nextel Account Summary

**Account name** KEVIN RUSIN
**Account number** 432313218
**Statement date** November 08, 2002
**Billing period** October 04 - November 03, 2002

Page 5

| New Name/ Mobile Number | Adjustments, Access and Other Charges | Telecommunications Services Min/Sec Used/Charges | Messages/ Web KByte/Charges | Nextel Direct Connect Min/Sec Used/Charges | Unit Taxes, Fees and Assessments | Total Access and Usage |
|---|---|---|---|---|---|---|
| Total Wireless Services | | | | | | |
| 0XXX XXX RUSIN 777-XXX-4027 | $49.96 $1.20 | $44.00 $1.20 | | 13:48 | $6.63 | $57.78 |
| Total usage | | 840:00 581:19 | | 39:62 | | |
| Total charges | $104.09 | 1264:00 $62.39 | $0.00 | $3.60 | $12.46 | $127.79 |

**Account Level Charges**
Misc additional charges — $0.00
Account Taxes, Fees and Assessments — $0.00
Adjustments to new charges — $0.00
Equipment — $0.00
**Total New Charges** — $185.57

## Rate Plan Airtime Usage Summary

The information in this grid is provided for each unit in the "Detail of Access and Usage by User".

| Rate Plan | Number of calls | Total Min:Sec | *Rate Plan Min:Sec | **Other Min:Sec | Billable Min:Sec | Rate | Total Charges |
|---|---|---|---|---|---|---|---|
| Nextel Get Right Through 5000 | | | | | | | |
| Private Call | | | | | | | |
| Peak | 1 | 0:20 | 0:20 | | | 0.15 | 0.00 |
| Off Peak | 13 | 13:38 | 13:38 | | | 0.15 | 0.00 |
| Usage | | | | | | | |
| Peak | 103 | 341:00 | 341:00 | | | 0.38 | 0.00 |
| Off Peak | 48 | 103:00 | 103:00 | | | 0.35 | 0.00 |
| Connectivity 600 | | | | | | | |
| Private Call | | | | | | | |
| Peak | 13 | 15:20 | 15:20 | | | 0.16 | 0.00 |
| Off Peak | 23 | 24:32 | 24:32 | | | 0.15 | 0.00 |
| Usage | | | | | | | |
| Peak | 292 | 700:00 | 224:00 | 176:00 | | 0.25 | 44.00 |
| Off Peak | 66 | 140:00 | 76:00 | 64:00 | | 0.25 | 16.00 |
| **Total Usage Charges** | | | | | | | $50.00 |

---

# Nextel Direct Connect Summary

**Account name** KEVIN RUSIN
**Account number** 432313218
**Statement date** November 08, 2002
**Billing period** October 04 - November 03, 2002

Page 6

## Nextel Direct Connect Fleet Summary

| | |
|---|---|
| Fleet # 180*11 | 0.00 |
| Fleet # 180*71 | 0.00 |
| **Total Nextel Direct Connect Charges** | **$0.00** |

### Fleet # 180*11

| Usage Charges | |
|---|---|
| Private Call | 0.00 |
| Group Call | 0.00 |
| **Total Usage Charges** | |
| **Total Charges for Fleet # 180*11** | **$0.00** |

### Fleet # 180*71

| Private Call Usage | Number of units | Rate Plan | Min:Sec Used | Less Min:Sec in Plan | Less Other Min:Sec | Billable Min:Sec | Rate | Total Usage |
|---|---|---|---|---|---|---|---|---|
| | 1 | Nextel Get Right Through 5000 | | | | | | |
| Peak | | | 0:20 | 0:20 | | | 0.16 | 0.00 |
| Off Peak | | | 13:38 | 13:38 | | | 0.15 | 0.00 |
| **TOTAL** | | | | | | | | **$0.00** |

| Usage Charges | |
|---|---|
| Private Call | 0.00 |
| Group Call | 0.00 |
| **Total Usage Charges** | **$0.00** |
| **Total Charges for Fleet # 180*71** | **$0.00** |



Account Number **781 321-6002 215 001 3**
Bill Period
Verizon
Oct 18 - Nov 17, 2002
Page 1 of 5

R05

Ill..ml.l..ll.l.l.ll..l.l..l..l.ll.ll.l..l..ll..l.ll..l.l.l.l

Kevin Rusin
Junia Dupim Rusin
Apt 507, 157 Pleasant
Malden MA   02148-4805

*Manage your account online at*
*www.verizon.com*

***Order or Bill Information***
***1-800-870-9999***
***Payment Information***
***1-800-750-3553***

☎ ***TTY/TDD*** *see page 4*
***Other Bill Questions?***
*Call the number shown*
*on the detail page for*
*that company.*

## ACCOUNT SUMMARY

| | amount | total |
|---|---|---|
| Previous Balance | | |
| Payment Received 11/19 -- Thank You | $38.07 | |
| **Balance as of  11/21** | 38.07 cr | |
| | | **$.00** |
| **New Charges** | | |
| Verizon Basic Local Services | | |
| Verizon Calls          *page 2* | $10.91 | |
| Verizon Optional Services     *page 3* | 7.70 | |
| **Total New Charges Due by  December 21, 2002** | 24.67 | |
| | | **$43.28** |

| **Total Amount Due** | |
|---|---|
| - - - - - - - - - - - - - - - | **$43.28** |

OCT 02

Account Number

01224 74160 04

Massachusetts Electric
A **National Grid** Company

| Pay This Amount |
| --- |
| PAGE: 2 |
| Amount Enclosed |
| $ |

#BWNFKKP **C021
#0122474160042#
JUNIA RUSIN
157 PLEASANT ST APT S507
MALDEN MA 02148~4821

105012247416004  0000009951

&    1   15
         B2 AND KEVIN RUSIN

PAYMENTS POSTED BY NOV 15 WILL APPEAR ON YOUR NEXT BILL

MAPS--Massachusetts Alliance of Portuguese Speakers
1046 Cambridge Street, Cambridge, MA 02139 617-628-6065
**Receipt**

Student Name _KEVIN  RUBIN_____

Check One: ESLI $55_____ ESLII/Conversation $50_____ Citizenship-*English* $30_____
Citizenship-*Portuguese*$20___ Portuguese-*Continental* $80_____ Portuguese-*Brazilian* $~~80~~ 95.00 ✓
Payment Method: Cash_____ ~~money order#~~_____ Total $ 95.00

CK

Paid



**Massachusetts Alliance of Portuguese Speakers**

# Brazilian Portuguese at MAPS

Every  Tuesday From 7:00 – 9:00 p.m.

*This course is for beginners who have little or no previous knowledge  of the Portuguese language. Emphasis will be placed on vocabulary, syntax, grammar, reading and writing comprehension.*

<u>15 weeks session for $95.00, beginning Tuesday February 6th/2001.</u>

For more information regarding registration, please call Katia Lemos or Lucinda at MAPS

(617)  864-7600  ext. 22









UNITED STATES DISTRICT COURT ~~IN CLERKS OFFICE~~
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 26  A II: 34

CIVIL ACTION NO.

U.S. DISTRICT COURT
DISTRICT OF MASS.

JUNIA DUPIM RUSIN,
    Petitioner/Plaintiff

v.

JOHN ASHCROFT, Attorney General;
U.S. DEPARTMENT OF HOMELAND SECURITY;
U.S. CITIZENSHIP AND IMMIGRATION
SERVICES;
    Respondents/Defendants

)
)
)
)
)
)
)
)
)
)
)

**05   10149 WGY**

## CERTIFICATE OF SERVICE

I, Anthony Drago, hereby certify that on the 26th day of January, 2005, I served a copy of the attached Complaint for Writ of Mandamus upon the following service list:

Michael J. Sullivan, U.S. Attorney
U.S. Attorney's Office
U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Service
Office of the District Counsel
JFK Federal Bldg. - Room 425
Boston, MA 02203

U.S. Citizenship and Immigration Services
JFK Building
Government Center
Boston, MA 02203
Attn:   Denis Riordan, District Director

Said service was made in hand.

Anthony Drago, Esq.

℀JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Junia Rusin, 157 Pleasant St., Apt. 507, Malden, MA

**DEFENDANTS**

John Ashcroft, U.S. Attorney General, et. al.

**(b)** County of Residence of First Listed Plaintiff   Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Suffolk
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Anthony Drago, Esq., Anthony Drago, Jr., P.C., 35 India Street, Boston,
MA 02110 (617) 357-0400

Attorneys (If Known)

U.S. Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA
02210

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ❏ 1  U.S. Government Plaintiff | ❏ 3  Federal Question (U.S. Government Not a Party) |
| ☒ 2  U.S. Government Defendant | ❏ 4  Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 610 Agriculture | ❏ 422 Appeal 28 USC 158 | ❏ 400 State Reapportionment |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 362 Personal Injury - | ❏ 620 Other Food & Drug | ❏ 423 Withdrawal | ❏ 410 Antitrust |
| ❏ 130 Miller Act | ❏ 315 Airplane Product | Med. Malpractice | ❏ 625 Drug Related Seizure | 28 USC 157 | ❏ 430 Banks and Banking |
| ❏ 140 Negotiable Instrument | Liability | ❏ 365 Personal Injury - | of Property 21 USC 881 | | ❏ 450 Commerce |
| ❏ 150 Recovery of Overpayment | ❏ 320 Assault, Libel & | Product Liability | ❏ 630 Liquor Laws | **PROPERTY RIGHTS** | ❏ 460 Deportation |
| & Enforcement of Judgment | Slander | ❏ 368 Asbestos Personal | ❏ 640 R.R. & Truck | ❏ 820 Copyrights | ❏ 470 Racketeer Influenced and |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' | Injury Product | ❏ 650 Airline Regs. | ❏ 830 Patent | Corrupt Organizations |
| ❏ 152 Recovery of Defaulted | Liability | Liability | ❏ 660 Occupational | ❏ 840 Trademark | ❏ 480 Consumer Credit |
| Student Loans | ❏ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ❏ 490 Cable/Sat TV |
| (Excl. Veterans) | ❏ 345 Marine Product | ❏ 370 Other Fraud | ❏ 690 Other | | ❏ 810 Selective Service |
| ❏ 153 Recovery of Overpayment | Liability | ❏ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ❏ 850 Securities/Commodities/ |
| of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 380 Other Personal | ❏ 710 Fair Labor Standards | ❏ 861 HIA (1395ff) | Exchange |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle | Property Damage | Act | ❏ 862 Black Lung (923) | ❏ 875 Customer Challenge |
| ❏ 190 Other Contract | Product Liability | ❏ 385 Property Damage | ❏ 720 Labor/Mgmt. Relations | ❏ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal | Product Liability | ❏ 730 Labor/Mgmt.Reporting | ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | Injury | | & Disclosure Act | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ❏ 892 Economic Stabilization Act |
| ❏ 210 Land Condemnation | ❏ 441 Voting | ❏ 510 Motions to Vacate | ❏ 790 Other Labor Litigation | ❏ 870 Taxes (U.S. Plaintiff | ❏ 893 Environmental Matters |
| ❏ 220 Foreclosure | ❏ 442 Employment | Sentence | ❏ 791 Empl. Ret. Inc. | or Defendant) | ❏ 894 Energy Allocation Act |
| ❏ 230 Rent Lease & Ejectment | ❏ 443 Housing/ | **Habeas Corpus:** | Security Act | ❏ 871 IRS—Third Party | ❏ 895 Freedom of Information |
| ❏ 240 Torts to Land | Accommodations | ❏ 530 General | | 26 USC 7609 | Act |
| ❏ 245 Tort Product Liability | ❏ 444 Welfare | ❏ 535 Death Penalty | | | ❏ 900 Appeal of Fee Determination |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities - | ☒ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ❏ 550 Civil Rights | | | to Justice |
| | ❏ 446 Amer. w/Disabilities - | ❏ 555 Prison Condition | | | ❏ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ❏ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | |
|---|---|
| ☒ 1 Original Proceeding | ❏ 2 Removed from State Court | ❏ 3 Remanded from Appellate Court | ❏ 4 Reinstated or Reopened | ❏ 5 Transferred from another district (specify) | ❏ 6 Multidistrict Litigation | ❏ 7 Appeal to District Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. section 1361

Brief description of cause:
Mandamus action brought to compel the U.S. CIS to adjudicate Petitioner's pending applications.

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND:  ❏ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____    DOCKET NUMBER _____

DATE   *1-26-05*

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

FILED IN OFFICE

2005 JUL 26  A 11: 34

DISTRICT COURT

05 10149 WGY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED

1. Title of case (name of first party on each side only)    Junia Dupim Rusin v. John Ashcroft, Attorney General, et al.

2005 JAN 26  P 12: 53

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

U.S. DISTRICT COURT
DISTRICT OF MASS.

___  I.      160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

_X_  II.     195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.         for patent, trademark or copyright cases

___  III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

___  IV.     220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,     05 cv 10149 WGY
            690, 810, 861-865, 870, 871, 875, 900.

___  V.      150, 152, 153.

3. Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

_____ n/a

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                         YES ☐ NO  X

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)

                                                         YES ☐      NO  X

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                         YES ☐      NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                         YES ☐      NO  X

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                                         YES XX     NO ☐

   A.    If yes, in which division do all of the non-governmental parties reside?

         Eastern Division  X          Central Division ☐          Western Division ☐

   B.    If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

         Eastern Division ☐          Central Division ☐          Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes, submit a separate sheet identifying the motions)

                                                         YES ☐      NO  X

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME _____ Anthony Drago, Jr., Esq.

ADDRESS _____ 35 India Street, Boston, MA 02110

TELEPHONE NO. ___ 617-357-0400