UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 CV 10149WGY

JUNIA DUPIM RUSIN, )
    Petitioner/Plaintiff )
v. )
    )
JOHN ASHCROFT, Attorney General; )
U.S. DEPARTMENT OF HOMELAND SECURITY; )
U.S. CITIZENSHIP AND IMMIGRATION )
SERVICES; )
    Respondents/Defendants )
    )

NOTICE OF VOLUNTARY DISMISSAL
(RULE 41(a)(1)(i))

Pursuant to the provisions of Federal Rules of Civil Procedure Rule 41 (a)(1)(i), Junia Dupim Rusin, the Plaintiff herein, voluntarily dismisses with prejudice the above-entitled action as to John Ashcroft, the U.S. Department of Homeland Security and the U.S. Citizenship and Immigration Services, Defendants herein.

Respectfully submitted,
Junia Dupim Rusin
By her attorneys,

Anthony Drago, Esq.
Elizabeth A. Smith, Esq.
Anthony Drago, Jr., P.C.
35 India Street
Boston, MA 02110
(617) 357-0400

Dated: March 29, 2005