UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 CV 10149WGY

FILED
CLERKS OFFICE
2005 APR -1 P 12: 31
U.S. DISTRICT COURT
DISTRICT OF MASS

JUNIA DUPIM RUSIN,
 Petitioner/Plaintiff
v.

JOHN ASHCROFT, Attorney General;
U.S. DEPARTMENT OF HOMELAND SECURITY;
U.S. CITIZENSHIP AND IMMIGRATION SERVICES;
 Respondents/Defendants

## CERTIFICATE OF SERVICE

I, Anthony Drago, hereby certify that on the 29th day of March, 2005, I served a copy of the attached Notice of Dismissal, via first class mail, postage prepaid, upon the following service list:

Damian Wilmot, Assistant U.S. Attorney
c/o U.S. Attorney's Office
U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Service
Office of the District Counsel
JFK Federal Bldg. - Room 425
Boston, MA 02203

U.S. Citizenship and Immigration Services
JFK Building
Government Center
Boston, MA 02203
Attn: Denis Riordan, District Director

Anthony Drago, Esq.